IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD MEDIA GROUP, LLC,<br><br>    Defendant. | CIVIL ACTION<br><br>NO: 1:20-CV-03259-ELR |

## ORDER

Presently before the Court is Defendant World Media Group, LLC's "Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue" [Doc. 10] and the Parties' "Joint Motion for Entry of Agreed Upon Order Denying Motion to Dismiss and Granting Motion to Transfer Venue." [Doc. 16]. For good cause shown, the Court **GRANTS** the Parties' "Joint Motion for Entry of Agreed Order Denying Motion to Dismiss and Granting Motion to Transfer Venue." [Doc. 16].

Thus, the Court **GRANTS IN PART AND DENIES IN PART** Defendant World Media Group, LLC's "Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue." [Doc. 10]. Specifically, the Court **DENIES** the Motion to Dismiss, but **GRANTS** the Motion to Transfer Venue.

Accordingly, the Court **DIRECTS** the Clerk to **TRANSFER** this case to United States District Court for the District of New Jersey, Trenton Division.

**SO ORDERED**, this 14th day of December, 2020.

Eleanor L. Ross
United States District Judge
Northern District of Georgia