And Gregg A. Paradise
Daniela Caro-Esposito
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
20 Commerce Dr.
Cranford, NJ 07016
Tel:     908.654.5000
Fax:    908.654.7866

*Attorneys for Defendant World Media Group, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, | |
| Plaintiffs, | Civil Action No. 3:20-cv-19178 |
| v. | Michael A. Shipp, U.S.D.J. |
| WORLD MEDIA GROUP, LLC, | Lois H. Goodman, U.S.M.J. |
| Defendant. | |
| WORLD MEDIA GROUP, LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, | |
| Counterclaim Defendants. | |

**STIPULATION AND ORDER TO PERMIT THE DEFENDANT/COUNTERCLAIM PLAINTIFF TO FILE ITS FIRST AMENDED ANSWER AND COUNTERCLAIMS**

It is hereby stipulated by Plaintiffs/Counterclaim Defendants Edible IP, LLC and Edible Arrangements, LLC (collectively, "Edible IP"), and Defendant/Counterclaim Plaintiff World Media Group, LLC (hereinafter "World Media"), subject to the approval of the Court, as follows:

6900867

1. On or about April 26, 2021, the Honorable Lois H. Goodman entered a Pretrial Scheduling Order that determined a deadline of June 25, 2021 for any amended pleadings.

2. On or about June 2, 2021, Counsel for World Media provided Counsel for Edible IP with a draft of World Media's First Amended Answer and Counterclaims and asked for counsel's consent to file same.

3. Thereafter, on multiple occasions, counsel for both parties discussed the proposed First Amended Answer and Counterclaims.

4. Pursuant to this stipulation, the parties consent to the filing of World Media's First Amended Answer and Counterclaims.

5. The parties hereby understand and agree that this stipulation does not preclude Plaintiffs/Counterclaim Defendants from seeking relief from World Media's First Amended Answer and Counterclaims. Such relief may include, but is not limited to, Plaintiffs/Counterclaim Defendants filing for dismissal of World Media's claims pursuant to Rule 12(b) of the Federal Rules of Civil Procedure

6900867

**SO AGREED:**

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 704-6000<br>Facsimile: (212) 704-6288<br>*Attorneys for Plaintiffs/Counterclaim Defendants* | LERNER, DAVID, LITTENBERG,<br> KRUMHOLZ & MENTLIK, LLP<br>20 Commerce Dr.<br>Cranford, NJ 07016<br>Telephone: 908.654.5000<br>Facsimile: 908.654.7866<br>*Attorneys for Defendant/Counterclaim Plaintiff* |
| By:     */s/* John M. Bowler<br>     John M. Bowler<br>     E-mail: john.bowler@troutman.com | By:     */s/* Gregg A. Paradise<br>     Gregg A. Paradise<br>     E-mail: gparadise@lernerdavid.com<br>          litigation@lernerdavid.com |
| Dated:   June 23, 2021 | Dated:   June 23, 2021 |

**The proposed amended pleading is to be filed within 5 days of the entry of this Order. SO ORDERED**.

Dated:  June 25, 2021
      Trenton, New Jersey

      Lois H. Goodman
      United States Magistrate Judge

6900867