UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, | : : : | |
| | : | Civil Action No. 3:20-cv-19178 |
| Plaintiffs, | : | |
| v. | : | Michael A. Shipp, U.S.D.J. |
| | : | Lois H. Goodman, U.S.M.J. |
| WORLD MEDIA GROUP, LLC, | : : | |
| Defendant. | : : | |
| | x | |
| WORLD MEDIA GROUP, LLC, | : : : | |
| Counterclaim Plaintiff, | : | |
| v. | : : | |
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, | : : : | |
| Counterclaim Defendants. | : x | |

## AMENDED PRETRIAL SCHEDULING ORDER

**THIS MATTER** having come before the Court for a telephonic status conference; John Bowler, Esq. and Lindsay Mitchell Henner, Esq., of Troutman Pepper Hamilton Sanders LLP, appearing on behalf of Plaintiffs; Gregg Paradise, Esq. and Daniela Caro-Esposito, Esq., of Lerner, David, Littenberg, Krumholz & Mentlik LLP, appearing on behalf of Defendant; the Court having set certain deadlines during the conference with the participation of counsel; and for good cause shown,

**IT IS** on this **29th** day of **October, 2021,**

**ORDERED** that fact discovery is to remain open through **December 17, 2021**; and it is further

**ORDERED** that the parties shall serve any affirmative expert reports no later than **January 31, 2022**; and it is further

**ORDERED** that the parties shall serve any rebuttal expert reports no later than **March 11, 2022**; and it is further

**ORDERED** that the parties shall complete all expert discovery by no later than **April 29, 2022**; and it is further

**ORDERED** that any dispositive motions may be filed by no later than **May 27, 2022**; made returnable **June 21, 2022**. Counsel are to notify Chambers within five days of a decision on any dispositive motions if the decision does not resolve all issues in the case; and it is further

**ORDERED** that counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of an application to the Court. Any such dispute shall be brought to the Court's attention by joint letter, no more than eight pages in total, setting forth the nature of the dispute and any efforts to resolve it. **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* **L. Civ. R. 16.1(f)**; and it is further

**ORDERED** that a telephone status conference will be held before the undersigned on **January 18, 2022 at 2:00 p.m.** Counsel for Plaintiffs is to initiate the call by circulating conference call dial-in information to counsel and the Court (lhg@njd.uscourts.gov) via email.

_____
LOIS H. GOODMAN
United States Magistrate Judge