Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Stephen J. Steinlight**
stephen.steinlight@troutman.com

January 18, 2022

**VIA ECF**

Honorable Lois H. Goodman
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   **Edible IP, LLC et al v. World Media Group, LLC**
      **Case #: 3:20-cv-19178-MAS-LHG**
      **Stipulated Request for Extension of Time to Complete Fact Discovery**

Dear Magistrate Judge Goodman:

     This firm represents Plaintiffs Edible IP, LLC and Edible Arrangements, LLC in the above-referenced action.  At Your Honor's direction, we are writing to update you on the mediation session before mediator David Geronemus of JAMS conducted on January 11, 2022.  The mediation session did not result in a settlement.

     The parties are prepared to discuss the mediation and other case matters during today's status phone conference.

                                       Respectfully,

                                       *s/*
                                       Stephen J. Steinlight

cc:  All counsel of record