# **EXHIBIT 24**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

```
- - - - - - - - - - - - - - - - - - - x
EDIBLE IP, L.L.C and EDIBLE           :
ARRANGEMENTS, L.L.C,                  :
                                      :
              Plaintiffs              :
                                      :
           - versus -                 :
                                      :
WORLD MEDIA GROUP, L.L.C              :
                                      :
              Defendant               :
- - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - x
WORLD MEDIA GROUP, L.L.C,             :
                                      :
         Counterclaim Plaintiff       :
                                      :
           - versus -                 :
                                      :
EDIBLE IP, L.L.C and EDIBLE           :
ARRANGEMENTS, L.L.C,                  :
                                      :
         Counterclaim Defendants      :
- - - - - - - - - - - - - - - - - - - x
```

　　　　　Deposition of STEPHEN THOMAS, via Zoom conference, taken pursuant to Section 13-9 through 13-11 of the Connecticut Practice Book, held at Cheshire, Connecticut before Jody-Ann Ashielfie, LSR 502 and Notary Public in and for the State of Connecticut, on November 10, 2021, at 9:00 a.m.



```
                                                          Page 2
 1                    A P P E A R A N C E S:
 2
 3         ATTORNEY FOR WORLD MEDIA GROUP, L.L.C:
 4               LERNER, DAVID, LITTENBERG, KRUMHOLZ &
                 MENTLIK, L.L.P
 5               20 Commerce Drive
                 Cranford, NJ 07016
 6               Phone: (908)654-5000
                 E-Mail: gparadise@lernerdavid.com
 7                       dcaro-esposito@lernerdavid.com
                 BY:   GREGG A. PARADISE, ESQUIRE
 8                     DANIELA CARO-ESPOSITO, ESQUIRE
 9
10   ATTORNEY FOR EDIBLE IP, L.L.C and EDIBLE ARRANGEMENTS, L.L.C:
11               TROUTMAN PEPPER
                 600 Peachtree Street Northeast
12               Atlanta, GA 30308
                 Phone: (404)885-3190
13               E-Mail: john.bowler@troutman.com
                         lindsay.henner@troutman.com
14               BY:   JOHN M. BOWLER, ESQUIRE
                       LINDSAY HENNER, ESQUIRE
15
16
17               ALSO PRESENT:  GARY MILLIN
18
19
20
21
22
23
24
25
```



```
                                                              Page 3
 1                          I N D E X
 2                                                              PAGE
 3      STEPHEN THOMAS
 4              Direct Examination by Mr. Paradise                 5
 5
 6
 7              WORLD MEDIA GROUP, L.L.C'S EXHIBITS
 8   No.           Description                                    ID
 9   Exhibit 1    Subpoena                                         9
10   Exhibit 2    Blooming Edibles document                       28
11
12
13
14
15
16
17
18
19
20
21
22
23
24      (All exhibits marked during the deposition were retained
25   by the Court Reporter.)
```



```
                                                           Page 5
 1              (Deposition commenced at 9:05 a.m.)
 2              THE COURT REPORTER:  As far as stipulations,
 3    Counsel?
 4              MR. PARADISE:  Read and sign?
 5              MR. BOWLER:  Please, thanks.
 6              THE COURT REPORTER:  Have we agreed to be here
 7    remotely via Zoom, and have we agreed to the remote swearing
 8    of the witness?
 9              MR. PARADISE:  Yes.
10    Thereupon:
11         STEPHEN THOMAS, residing at 15 Burnt Hollow
12    Court, Cheshire, Connecticut, being first duly
13    sworn, as hereinafter certified, was examined and
14    testified as follows:
15    DIRECT EXAMINATION BY MR. PARADISE:
16       Q    Good morning, Mr. Thomas.
17       A    Morning.
18       Q    My name is Greg Paradise.  I'm an attorney for World
19    Media Group in this action.  Daniela Caro-Esposito is here
20    with me.  She's also an attorney.  It looks like he just
21    dropped off, but Gary Millin was here.  He is one of the
22    principals of World Media.  So he may be just listening in for
23    part of today's deposition.
24            Mr. Thomas, have you ever been deposed before?
25       A    Yes.
```



```
                                                              Page 35
 1                MR. PARADISE:  We will order the transcript, just
 2    standard and mini-script, please.
 3                MR. BOWLER:  Jody, standard e-transcript only and
 4    mini.
 5                (Deposition concluded at 10:19 a.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 36

```
 1                          JURAT
 2        I, STEPHEN THOMAS, do hereby certify that the
 3   foregoing testimony given by me on November 10, 2021 is true
 4   and accurate, including any corrections noted on the
 5   corrections page, to the best of my knowledge and belief.
 6
 7                                        _____
 8                                        STEPHEN THOMAS
 9
10
11
12
13      At _____ in said County of
14   _____, this _____ day of _____, 2021,
15   personally appeared STEPHEN THOMAS, and he made oath to the
16   truth of the foregoing answers by him subscribed.
17
                  Before me, _____, Notary Public.
18
                  My commission expires: _____
19
20
21
22
23
24
25
```



Page 37

```
 1                       CERTIFICATE
 2          I, Jody-Ann Ashielfie, Licensed Professional
 3   Reporter/Commissioner within and for the State of Connecticut,
 4   do hereby certify that pursuant to notice there came before me
 5   via Zoom conference on the 10th day of November, 2021, the
 6   following named person, to wit:  STEPHEN THOMAS, who was by me
 7   duly sworn to testify to the truth, the whole truth, and
 8   nothing but the truth; that he was thereupon carefully
 9   examined upon his oath and his examination reduced to print
10   under my supervision; that this deposition is a true record of
11   the testimony given by the witness.
12           I further certify that I am neither attorney nor
13   counsel for nor related to nor employed by any of the parties
14   to the action in which this deposition is taken, and further,
15   that I am not a relative or employee of any attorney or
16   counsel employed by the parties hereto, or financially
17   interested in this action.
18           IN WITNESS THEREOF, I have hereunto set my hand this
19   28th day of November, 2021.
20
21
22
                                    _____
23                                  Jody-Ann Ashielfie, LSR#SHR502
                                    Notary Public License No:158332
24                                  My Commission Expires: 4/30/26
25
```

