Charles Quinn
McElroy, Deutsch
 Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075
(973) 993-8100
cquinn@mdmc-law.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDIBLE IP, LLC and<br><br>EDIBLE ARRANGEMENTS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD MEDIA GROUP, LLC,<br><br>Defendant. | Civil Action No. 3:20-cv-19178-MAS<br><br>STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIM |

This matter having been presented to the Court with the consent of the parties, as reflected by the signatures of their respective attorneys below, for an order extending plaintiffs' time to answer or otherwise respond to the counterclaim, and for good cause shown;

IT IS on this _____ day of December 2022,

ORDERED that the time within which plaintiffs may answer or otherwise respond to the counterclaim be and is hereby extended to January 11, 2023.

_____

Lois H. Goodman, U.S.M.J.

We hereby consent to the form and entry of the within Order:

| McElroy, Deutsch Mulvaney & Carpenter | Lerner David Littenberg Krumholz & Mentlik |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendant |
| By: _____ Charles Quinn | By: _____ Gregg A. Paradise |

Dated: December 8, 2022