UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, | : : : | |
| Plaintiffs, | : | Civil Action No. 3:20-cv-19178 |
| v. | : : | Michael A. Shipp, U.S.D.J. |
| WORLD MEDIA GROUP, LLC, | : : | Lois H. Goodman, U.S.M.J. |
| Defendant. | x | |
| WORLD MEDIA GROUP, LLC, | : : : | |
| Counterclaim Plaintiff, | : | |
| v. | : : | |
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, EDIBLE BRANDS, LLC, EDIBLE ARRANGEMENTS INTERNATIONAL, INC. d/b/a EDIBLE ARRANGEMENTS INTERNATIONAL, LLC and NETSOLACE, INC., | : : : : : : : | |
| Counterclaim Defendants. | x | |

**ORDER**

IT IS HEREBY ORDERED that:

Counsel for all parties are to attend a telephonic status conference before the Court on April 25, 2023, at 10:00am.

The in-person settlement conference currently set for March 16, 2023, is adjourned to May 5, 2023, at 10:00am. The settlement conference is to take place in person. Clients with settlement authority must attend.

*Ex Parte* settlement statements must be submitted to the Court by May 1, 2023. The statements may not exceed 5 pages in length.

The parties shall not engage in formal discovery while they engage in settlement discussions. Discovery shall resume if the parties cannot reach an agreement.

Further, the current discovery schedule is to be revised according to the dates below, as set forth by the Court during the status conference of March 14, 2023.

    **I.**    **Answer**

The deadline for Plaintiffs to Answer Defendant's Counterclaims is extended from February 10, 2023, to April 7, 2023.

    **II.**    **Fact Discovery**

The close of fact discovery is extended from March 27, 2023, to May 31, 2023.

    **III.**    **Expert Discovery**

The deadline for service of affirmative expert reports is extended from April 24, 2023, to June 30, 2023; the deadline for service of rebuttal expert reports is extended from May 29, 2023, to July 31, 2023; and the close of expert discovery is extended from July 24, 2023, to September 15, 2023.

    **IV.**    **Dispositive Motions**

Dispositive motions must be filed by October 13, 2023 and returnable by November 6, 2023.

**SO ORDERED:**

Dated: March 24, 2023
Trenton, New Jersey

Lois H. Goodman
United States Magistrate Judge