

Lerner David Littenberg
Krumholz & Mentlik LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Gregg A. Paradise**
908.518.6323
gparadise@lernerdavid.com

April 20, 2023

**VIA ECF**
Honorable J. Brendan Day
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    Edible IP, LLC et al v. World Media Group, LLC
             Case No. 3:20-cv-19178-MAS-JBD
             Joint Status Letter

Dear Magistrate Judge Day:

      This firm represents defendant World Media Group, LLC in the above-referenced action. Pursuant to Your Honor's Order dated April 11, 2023, and in advance of the telephone conference scheduled for April 25, 2023 at 10:00 a.m., Plaintiffs/Counterclaim Defendants Edible IP, LLC *et al.* ("Edible") and Defendant/Counterclaim Plaintiff World Media Group, LLC (collectively "the Parties") hereby submit this joint status letter summarizing the status of discovery and identifying any issues ripe for discussion with the Court.

      Fact discovery is scheduled to conclude on May 31, 2023. In advance of that deadline, the Parties have conferred on the outstanding requests for discovery and have agreed to review the current state of requests and responses to determine what discovery remains. Additionally, the Parties have conferred regarding the possibility of additional requests for discovery from parties and third parties in light of the filing of World Media Group's Second Amended Answer and Counterclaims. Finally, the Parties have identified the remaining depositions, and have discussed next steps for scheduling those depositions. The Parties continue to confer and work through any issues regarding these discovery requests.

      At this time, the Parties submit that there are no discovery issues with which they need to discuss with the Court.

7637177_1.docx



Honorable J. Brendan Day
April 20, 2023
Page 2

       Counsel for all parties have reviewed this letter in advance of its submission.

                                     Respectfully submitted,

                                     LERNER, DAVID, LITTENBERG,
                                       KRUMHOLZ & MENTLIK, LLP
                                   *Attorneys for Defendant/Counterclaim*
                                   *Plaintiff World Media Group, LLC*

                                   By   /s/ Gregg A. Paradise  
                                                Gregg A. Paradise

cc: All counsel of record (*via ECF*)