

Lerner David Littenberg
Krumholz & Mentlik LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Gregg A. Paradise**
908.518.6323
gparadise@lernerdavid.com

June 9, 2023

<u>**VIA ECF**</u>
Honorable J. Brendan Day
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        Re:    Edible IP, LLC et al v. World Media Group, LLC
                  Case No. 3:20-cv-19178-MAS-JBD
                  Joint Status Letter

Dear Magistrate Judge Day:

        This firm represents defendant World Media Group, LLC in the above-referenced action. We write jointly with counsel for Plaintiffs to provide a status update as directed in Your Honor's Order of May 25, 2023. Counsel for Plaintiffs reviewed this letter prior to its submission.

        The parties are still engaged in settlement discussions. We have made further progress and believe we are close to a final resolution. The parties have exchanged drafts of a settlement agreement and accompanying Escrow.com agreement. Due to the complexities of the mechanics of the deal, some further discussion is required.

        The parties are hopeful of reaching a final resolution shortly. We therefore propose that we file a further joint status letter by June 16, 2023.



Honorable J. Brendan Day
June 9, 2023
Page 2

      We thank the Court for its continued assistance with this matter.

      Respectfully submitted,

      LERNER, DAVID, LITTENBERG,
       KRUMHOLZ & MENTLIK, LLP
      *Attorneys for Defendant/Counterclaim Plaintiff World Media Group, LLC*

      By   /Gregg A. Paradise/
          Gregg A. Paradise

cc: All counsel of record

Status update letter to Magistrate Judge Day(7705895.1).docx