

Lerner David LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Gregg A. Paradise**
908.518.6323
gparadise@lernerdavid.com

July 26, 2023

<u>**VIA ECF**</u>
The Honorable J. Brendan Day, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: *Edible IP, LLC et al v. World Media Group, LLC*
       Case No. 3:20-cv-19178-MAS-JBD
       Joint Status Letter

Dear Magistrate Judge Day:

  This firm represents Defendant World Media Group, LLC in the above-referenced action. We write jointly with counsel for Plaintiffs to provide a status update as directed in Your Honor's Order of June 21, 2023. Counsel for Plaintiffs reviewed this letter prior to its submission.

  The parties have made significant progress and have arrived at the final points necessary to reach a final resolution. The parties are hopeful that a final resolution will be reached before the upcoming telephone conference. In the event these final points have not been resolved, the parties look forward to speaking with the Court and providing a further update on July 31, 2023.

  We thank the Court for its continued assistance with this matter.

              Respectfully submitted,

              LERNER DAVID LLP
              *Attorneys for Defendant/Counterclaim*
              *Plaintiff World Media Group, LLC*

              By: s/ Gregg A. Paradise
                Gregg A. Paradise

GAP/dmf

cc: All counsel of record