

Lerner David LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Gregg A. Paradise**
908.518.6323
gparadise@lernerdavid.com

August 10, 2023

<u>**VIA ECF**</u>
The Honorable J. Brendan Day, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

            Re:    *Edible IP, LLC et al v. World Media Group, LLC*
                   Case No. 3:20-cv-19178-MAS-JBD
                   Joint Status Letter

Dear Magistrate Judge Day:

      This firm represents Defendant World Media Group, LLC in the above-referenced action. We write jointly with counsel for Plaintiffs to provide a status update as directed in Your Honor's Order of August 2, 2023. Counsel for Plaintiffs reviewed this letter prior to its submission.

      While the parties have continued settlement discussions, the parties remain at an impasse on the same issue previously discussed during the most recent status conference before Your Honor. The parties understand that Your Honor intends to set a truncated discovery schedule. To the extent Your Honor believes that a final settlement conference could be beneficial before that time, the parties respectfully request for such session to take place via videoconference, instead of in person.

      We thank the Court for its continued assistance with this matter.

                                       Respectfully submitted,

                                       LERNER DAVID LLP
                                       *Attorneys for Defendant/Counterclaim*
                                       *Plaintiff World Media Group, LLC*

                                       By:   <u>s/ Gregg A. Paradise</u>
                                                 Gregg A. Paradise

GAP/dmf

cc:    All counsel of record

7773166_1.docx