

Lerner David LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Gregg A. Paradise**
908.518.6323
gparadise@lernerdavid.com

August 18, 2023

**VIA ECF**
The Honorable J. Brendan Day, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        Re:   *Edible IP, LLC et al v. World Media Group, LLC*
                Case No. 3:20-cv-19178-MAS-JBD
                Joint Letter re. Proposed Schedule

Dear Magistrate Judge Day:

      This firm represents Defendant World Media Group, LLC in the above-referenced action. We write jointly with counsel for Plaintiffs to provide proposed schedule as directed in Your Honor's Order of August 11, 2023. Counsel for Plaintiffs reviewed this letter prior to its submission. The parties respectfully request that the current schedule be amended as follows:

**I.**    **Fact Discovery**

The close of fact discovery to be extended from July 31, 2023, to November 17, 2023.

**II.**    **Expert Discovery**

The deadline for service of affirmative expert reports to be extended from August 31, 2023, to December 22, 2023; the deadline for service of rebuttal expert reports to be extended from September 30, 2023, to January 31, 2024; and the close of expert discovery to be extended from November 15, 2023, to February 29, 2024.

**III.**    **Dispositive Motions**

Dispositive motions to be filed by April 12, 2024, and returnable by May 6, 2024.

We thank the Court for its continued assistance with this matter.

[SIGNATURE ON FOLLOWING PAGE]

                                      Respectfully submitted,

                                      LERNER DAVID LLP
                                      *Attorneys for Defendant/Counterclaim*
                                      *Plaintiff World Media Group, LLC*

                                      By: <u>  s/  Gregg A. Paradise          </u>
                                                    Gregg A. Paradise

GAP/dmf

cc:      All counsel of record