

**Lerner David LLP**
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Gregg A. Paradise**
908.518.6323
gparadise@lernerdavid.com

January 12, 2024

**VIA ECF**
The Honorable J. Brendan Day, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: *Edible IP, LLC et al v. World Media Group, LLC*
       Case No. 3:20-cv-19178-MAS-JBD
       Joint Status Letter

Dear Magistrate Judge Day:

  This firm represents Defendant World Media Group, LLC in the above-referenced action. We write jointly with counsel for Plaintiffs to provide a status update as directed in Your Honor's Order of November 1, 2023. Counsel for Plaintiffs reviewed this letter prior to its submission.

  While no additional discovery has taken place since the parties last appeared before Your Honor, settlement discussions continued in earnest. The parties have now reached a settlement in principle and are working towards finalizing and executing a written agreement. The parties anticipate filing dismissals before the end of the month.

  We thank the Court for its continued assistance with this matter.

           Respectfully submitted,

           LERNER DAVID LLP
           *Attorneys for Defendant/Counterclaim*
           *Plaintiff World Media Group, LLC*

           By: _____
              Gregg A. Paradise

cc: All counsel of record (via ECF service)

7936392_1.docx