Charles Quinn
**McElroy, Deutsch**
　**Mulvaney & Carpenter LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075
(973) 993-8100
cquinn@mdmc-law.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EDIBLE IP, LLC** and <br><br> **EDIBLE ARRANGEMENTS, LLC** <br><br> Plaintiffs, <br><br> vs. <br><br> **WORLD MEDIA GROUP, LLC,** <br><br> Defendant. | Civil Action No. 3:20-cv-19178-MAS <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE PURSUANT TO LOCAL RULE 102.1** |

Please take notice that, pursuant to Local Civil Rule 102.1, William N. Aumenta and Charles Quinn of McElroy, Deutsch, Mulvaney & Carpenter hereby withdrawal as counsel to plaintiffs Edible IP, LLC and Edible Arrangements, LLC, in view of the substitution of Baker & Hofstetler as counsel to the foregoing parties.

Respectfully submitted,

McElroy, Deutsch,
   Mulvaney & Carpenter

By: _____
CHARLES QUINN

Dated: January 17, 2024
   Morristown, N.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the attached Notice of Withdrawal to be served upon: counsel for defendant World Media Group, LLC, Gregg Adam Paradise, by ECF electronic filing and by email addressed to gparadise@ldlkm.com; and on counsel for plaintiffs Edible IP, LLC and Edible Arrangements, LLC, Jason S. Oliver, by ECF electronic filing and by email addressed to joliver@bakerlaw.com.

_____
CHARLES QUINN

Dated: January 17, 2024