**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, : : : : | |
| Plaintiffs, : | Civil Action No. 3:20-cv-19178 |
| v. : | Michael A. Shipp, U.S.D.J. J. Brendan Day, U.S.M.J. |
| WORLD MEDIA GROUP, LLC, : | |
| Defendant. : x | |
| WORLD MEDIA GROUP, LLC, : : | |
| Counterclaim Plaintiff, : | |
| v. : | |
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, : : | |
| Counterclaim Defendants. : x | |

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Edible IP, LLC and Edible Arrangements, LLC, and Defendant World Media

Group, LLC, by and through their undersigned counsel, hereby file this Stipulated Notice of

Voluntary Dismissal with prejudice with each party bearing its own attorney fees and costs.

Date: March 5, 2024                 Respectfully submitted,

By: /s/ Christopher A. Wiech
Jason S. Oliver
Christopher A. Wiech*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New Yor 10111

Tel:     212.589.4200
E-mail: joliver@bakerlaw.com
cwiech@bakerlaw.com
*pro hac vice*

*Counsel for Plaintiffs*
*Edible IP, LLC and Edible Arrangements, LLC*


By: /s/ Gregg A. Paradise
Gregg A. Paradise
Daniela Caro-Esposito
LERNER DAVID, LLP
20 Commerce Drive
Cranford, NJ  07016
Tel:     908.654.5000
E-mail: gparadise@lernerdavid.com
dcaro-esposito@lernerdavid.com
litigation@lernerdavid.com

*Counsel for Defendant World Media Group, LLC*